IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 96-60859
Conference Calendar

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

DAVID JACKSON,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC Nos. 4:96CR034 and 4:96CR63
- - - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     David Jackson appeals the sentence imposed for his guilty-

plea conviction for conspiracy to commit fraud and escape.  He

argues for the first time on appeal that the district court

failed to give adequate notice that it was considering an upward

departure from the guidelines range for sentencing purposes.  We

have reviewed the briefs and the record and conclude that no

plain error has occurred.  See United States v. Doucette, 979

F.2d 1042, 1047 n.4 (5th Cir. 1992).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.